IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID PRESTON MURPHY, SID # 1073272, | § § § § | |
| *Plaintiff,* | § § | CIVIL NO. |
| vs. | § § | SA-18-CA-924-OLG |
| OFFICER F/N/U HUFFMEYER, | § § § | |
| *Defendants.* | § | |

## ORDER

Plaintiff David Preston Murphy's Motion for Copies of Sealed Documents [#29] is **DENIED**. Plaintiff seeks documents that were ordered sealed in his pending State criminal proceedings. This Federal District Court has no supervisory authority over the Texas courts and thus this Court has no authority to furnish the requested relief. *See Moyes v. Clerk, DeKalb County Sup. Ct.*, 474 F.2d 1275 (5th Cir. 1973).

**IT IS SO ORDERED.**

SIGNED this 17th day of May, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1